UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOMINIQUE MERRIMAN, | ) | No. CV 20-5940-AB (AGR) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| ROBERT BURTON, Acting Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Opinion and Order on Second or Successive Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: September 22, 2020

ANDRE BIROTTE JR.
United States District Judge